# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Julian Santos and Tanya Santos

**CRIMINAL COMPLAINT**

Case Number: 2:24-MJ-017-JCF

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 22, 2024 in Dawson County, in the Northern District of Georgia, defendants did make false statements to a federal firearms licensee in connection with the acquisition of a firearm that were intended to deceive the licensee with respect to a fact material to the lawfulness of the sale of such firearm and did aid and abet each other in commission of the same, all in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Stephen M. Kirkpatrick*
Signature of Complainant
Stephen M. Kirkpatrick

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| August 26, 2024 at 11:53 a.m. | at | Gainesville, Georgia |
|---|---|---|
| Date | | City and State |

J. CLAY FULLER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*/s/ J. Clay Fuller*
Signature of Judicial Officer

AUSA Theodore S. Hertzberg / 2023R00537 /
theodore.hertzberg@usdoj.gov

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A COMPLAINT

I, Stephen M. Kirkpatrick, depose and say under penalty of perjury:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since September 2005. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. I am currently assigned to the Atlanta I Field Office and am charged with the investigation and enforcement of violations of federal firearms laws, specifically, firearms trafficking. During my time as a Special Agent, I have applied for, obtained, and executed search warrants for violations of federal firearms and narcotics laws. I have investigated and arrested numerous subjects involved in firearms-related crimes, including commercial burglaries and thefts. As a Special Agent assigned to my current Field Office, I have participated in numerous investigations related to firearms trafficking. During those investigations, I have executed search warrants, executed arrest warrants, conducted interviews, conducted firearms interdictions, and conducted surveillance operations. Throughout my career I have utilized cellular phone data during investigations and am familiar with how cellular phones are utilized to plan and facilitate different types of criminal activity.

2. As an ATF Special Agent, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) and am empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

3. This affidavit is made in support of a criminal complaint authorizing the arrest of Julian SANTOS, (hereafter J. SANTOS) and Tanya SANTOS (T. SANTOS), for violations of Title 18, United States Code, Sections 922(a)(6) and 2.

## PROBABLE CAUSE

4. On August 22, 2024, ATF was contacted by Dawsonville Gun and Pawn (DGP), a federally licensed firearms dealer located in the Northern District of Georgia. DGP advised J. SANTOS and T. SANTOS purchased four (4) pistols and twenty-one (21) AR-15 lower receivers. Specifically, J. SANTOS purchased a Glock Model 49 and a Taurus G2C along with the lower receivers, and T. SANTOS purchased a Glock Model 22 and a Glock Model 43X.

5. When purchasing the firearms from DGP, J. SANTOS and T. SANTOS each certified that he/she was the actual purchaser or transferee of the firearms listed in the Firearms Transaction Record (ATF Form 4473) associated with the transaction.

6. On August 24, 2024, Georgia State Patrol (GSP) stopped a white cargo van occupied by J. SANTOS and T. SANTOS in Tifton, Georgia for failure to maintain lane.

7. GSP obtained consent to search the cargo van and recovered ten (10) firearms, nine of which were still in their boxes, as well as twenty-one (21) AR-15 lower receivers. This included the pistols and lower receivers purchased by J. SANTOS and T. SANTOS on August 22, 2024 at DGP.

8. J. SANTOS and T. SANTOS were detained and transported to the Tifton GSP Post to be interviewed. After waiving their *Miranda* rights, T. SANTOS and J. SANTOS admitted they were not the intended recipients of the firearms recovered from the cargo van.